# Court of Appeals of the State of Georgia

ATLANTA,  November 20, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0146. LITRINA CHINNESE MOURA v. ADRIANE LAMAR et al.

Litrina Chinnese Moura filed a garnishment action to collect on a judgment for child support arrearage from workers' compensation benefits payable to her children's father. The garnishee answered, asserting that the defendant's benefits could not be garnished. Moura then filed a traverse, arguing that the benefits were subject to garnishment. On June 12, 2018, the trial court entered an order denying Moura's traverse, and two days later it entered a second order dismissing the garnishment action. Moura filed a timely application for discretionary appeal in this Court, but she later withdrew the application. See Case No. A18D0551 (withdrawn July 31, 2018).

On October 22, 2018, Moura filed the instant application for discretionary appeal, seeking again to appeal the trial court's denial of her traverse and dismissal of her garnishment action. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Moura filed this application approximately five

months after entry of the orders she seeks to appeal. The application is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   11/20/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*